Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction



UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 07 2023

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

Ciara Anderson

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

1. Invitation Homes
2. IH3 Property Georgia, LP
3. Suntrust / Truist Mortgage
4. HomeSafe Georgia

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No.
*(to be filled in by the Clerk's Office)*

1:23-CV-4010

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.    The Parties to This Complaint

####   A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Ciara Anderson |
| Street Address | 4392 Sublime trl |
| City and County | Atlanta and Fulton |
| State and Zip Code | Georgia and 30349 |
| Telephone Number | 404-698-7042 |
| E-mail Address | Ciara@loyalpublishing.org |

####   B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | SunTrust and Truist Mortgage |
| Job or Title *(if known)* | Entity |
| Street Address | 303 Peachtree Center ave. NE |
| City and County | Atlanta and Fulton |
| State and Zip Code | Georgia and 30303 |
| Telephone Number | 404-479-2344 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Invitation Homes |
| Job or Title *(if known)* | Management Company |
| Street Address | 8601 Dunwoody place |
| City and County | Sandy Springs and Fulton |
| State and Zip Code | Georgia and 30350 |
| Telephone Number | 770-442-3372 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Invitation Homes Corporate Headquarters, IH3 Properties |
| Job or Title *(if known)* | Entity |
| Street Address | 1717 Main Street, Suite 2000 |
| City and County | Dallas and Dallas |
| State and Zip Code | Texas and 75201 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Homesafe Georgia and Credibility |
| Job or Title *(if known)* | Company |
| Street Address | 3100 Interstate North Circle, Suite 300 |
| City and County | Atlanta and Fulton |
| State and Zip Code | Georgia and 30339 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    ☒ Federal question            ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

A. Fourth Amendment of the United States Constitution, protecting against unlawful seizures.

B. The Fifth Amendment of the United States Constitution, providing for due process of law.

C. The Fair Debt Collection Practices Act (FDCPA),  prohibiting unfair and deceptive practices by debt collectors.15 U.S. Code § 1692:

D. 15 U.S. Code § 1692e: False or misleading representations.

E. The Real Estate Settlement Procedures Act of 1974 (RESPA) (12 U.S.C. 2601 et seq.)

F.  Mortgage services misconduct.

G. Loan Modification and Loss Mitigation Process.

H. Unfair and Deceptive consumer practices with respect to loan servicng.

I.  Unfair and Deceptive consumer practices with respect to foreclosure processing.

J.  Reasonable due diligence with respect to purchasing auctioned residential properties.

K. Any other applicable federal statues, treaties, or provisions protecting rights and prohibiting wrongful foreclosure.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

    1.     The Plaintiff(s)

          a.     If the plaintiff is an individual

               The plaintiff, *(name)*   Ciara Anderson                                    , is a citizen of the

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

State of *(name)*   Georgia                                                    .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated

        under the laws of the State of *(name)* _____ ,

        and has its principal place of business in the State of *(name)*

        _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of

        the State of *(name)* _____ . Or is a citizen of

        *(foreign nation)* _____ .

    b.    If the defendant is a corporation

        The defendant, *(name)*   Truist Financial Corp            , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)*   North Carolina            .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

The events giving rise to this complaint occurred in Atlanta, Georgia.

B.   What date and approximate time did the events giving rise to your claim(s) occur?

The events giving rise to plaintiff claim occurred between January 1, 2014, and the present day.

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1.Ciara Anderson, was the rightful owner of the property located at 4392 Sublime trial, Atlanta, Georgia 30349 until it was wrongfully foreclosed upon by the Defendants.

2. Defendants acted in collusion, executed an illegal foreclosure on the property without proper legal grounds and while Plaintiff was in loss mitigation.

3. Following the wrongful foreclosure, Plaintiff became a tenant of the property, with the intent to regain ownership per the buy back offer of Invitation Homes upon the Plaintiff signing initial lease; Defendant later denied offer.

4. Invitation Homes, upon being made aware of Plaintiff's intent to regain ownership, have resorted to illegal self help eviction tactics to evict Plaintiff from the property, causing irreparable injury.

5. IH3 Properties and Invitation Homes purchased Plaintiff's home through a Fulton County court auction. This action violated Plaintiff's rights as the rightful owner of the property. The auction took place on December 3, 2013. I was not aware of home being purchased until January 14, 2014, when a rep came to Plaintiff home.

6. SunTrust Bank (now Truist) acted as the lender in the mortgage agreement for Plaintiff's home. They mishandled the foreclosure process, causing harm to Plaintiff's rights and financial stability. The mishandling occurred on multiple occasions.

7. Homesafe Georgia, a loss mitigation entity recommended by SunTrust, advised Plaintiff to utilize their services to prevent foreclosure. However, Homesafe failed to provide adequate assistance, resulting in further harm and violation of Plaintiff's rights. This recommendation was made via telephone on or around September 14, 2013.

## IV.  Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Plaintiff has suffered and continue to suffer irreparable injuryas a result of Defendants' illegal actions. The loss of ownership, combined with the wrongful evivtion attempts, has caused depression, anxiety, emotional distress, financial harship and disruption of Plaintiff life.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

A.  A declaratory judgement stating that the property was wrongfully forclosed, and the plaintiff is the rightful owner.

B.  An Injunctive Relief, preventing Invitation Homes (IH3 Properties Georgia, LP) from taking any further action to evict plaintiff or interfere with the possession of the property until a final decision is made on ownershp of the property.

C.  Actual Damages, including but not limited to loss of equity, emotional distress, and legal fees;
D.  Punitive Damages, as allowed by law;

E.  EquitableTolling, Plaintiff requests that the Court apply the doctrine of equitable tolling to toll the statute of limitations in this case. Equitable tolling is necessary because Plaintiff reasonably relied on the misrepresentations made by IH3 properties, and it was only through subsequent discovery that she became aware of the true nature of the mortgage agreement and rights related to loss mitigation.

F.  Any other relief that this court deems just and proper.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    7 Sept 2023

Signature of Plaintiff

Printed Name of Plaintiff    Ciara Anderson

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**B.**   **For Attorneys**

Date of signing:  _____

Signature of Attorney         _____
Printed Name of Attorney      _____
Bar Number                    _____
Name of Law Firm              _____
Street Address                _____
State and Zip Code            _____
Telephone Number              _____
E-mail Address                _____